IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: BOSTON SCIENTIFIC CORP.,
PELVIC REPAIR SYSTEM
PRODUCTS LIABILITY LITIGATION

                                                      MDL NO. 2326

THIS DOCUMENT RELATES TO THE CASES
ON THE EXHIBIT ATTACHED HERETO

**ORDER**
(Dismissing Certain Cases with Prejudice)

Pending in MDL 2326, 2:12-md-2326 [ECF No. 7796], is a Joint Motion to Dismiss with Prejudice filed by plaintiffs, identified on the attached Exhibit A and Boston Scientific Corporation, seeking dismissal of these actions with prejudice because all claims have been compromised and settled, including all claims, counterclaims, cross-claims and third party claims. After careful consideration, it is **ORDERED** that the Joint Motion to Dismiss with Prejudice is **GRANTED**. It is further **ORDERED** that the actions listed on the attached Exhibit A are **DISMISSED WITH PREJUDICE** and **STRICKEN** from the docket and any motions pending in the individual cases at the time of this dismissal are **DENIED AS MOOT**.

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2326 and in the individual cases listed on the attached Exhibit A.

ENTER:  March 6, 2019

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

**EXHIBIT A**

| CASE NUMBER | CASE NAME |
|---|---|
| 17-cv-02609 | MARAGOUTHAKIS, Anna vs. Boston Scientific Corporation |
| 16-cv-12766 | MARBREY, Donna E. vs. Boston Scientific Corporation |
| 16-cv-12247 | MARLOWE, Diana L. vs. Boston Scientific Corporation |
| 17-cv-02613 | MARSHALL, Vickie vs. Boston Scientific Corporation |
| 16-cv-08202 | MARTINEZ, Cynthia vs. Boston Scientific Corporation |
| 16-cv-10531 | MARTINEZ, Leah D. vs. Boston Scientific Corporation |

| 16-cv-08203 | MASALONIS, Cheryl vs. Boston Scientific Corporation |
| 16-cv-10304 | MASON, Kristine J. vs. Boston Scientific Corporation |
| 16-cv-08204 | MATLOCK, Judith vs. Boston Scientific Corporation |
| 17-cv-02323 | MATTHEWS, Ira M. vs. Boston Scientific Corporation |
| 17-cv-00288 | MATTINO, Lynore P. vs. Boston Scientific Corporation |
| 16-cv-08206 | MAUGHAN, Diane vs. Boston Scientific Corporation |
| 17-cv-02333 | MAY, Linda vs. Boston Scientific Corporation |
| 16-cv-12124 | MAYHUGH, Opal E. vs. Boston Scientific Corporation |

| 16-cv-08208 | MAYS, Paula vs. Boston Scientific Corporation |
|---|---|
| 16-cv-07011 | MCALISTER, Lois vs. Boston Scientific Corporation |
| 16-cv-12009 | MCALPIN, Connie vs. Boston Scientific Corporation |
| 17-cv-03510 | McARDLE, Carrie vs. Boston Scientific Corporation |
| 16-cv-08213 | MCDANIEL, Sherra vs. Boston Scientific Corporation |
| 16-cv-08223 | MCGRAW, Erin vs. Boston Scientific Corporation |
| 16-cv-10302 | MCKAY, Stephanie vs. Boston Scientific Corporation |
| 16-cv-08225 | MCKELVEY, Katherine vs. Boston Scientific Corporation |

| 16-cv-08366 | MCLAUGHLIN, Kimberly vs. Boston Scientific Corporation |
| 16-cv-07090 | MCLAUGHLIN, Pauline vs. Boston Scientific Corporation |
| 16-cv-08226 | MCMILLAN, Louise vs. Boston Scientific Corporation |
| 16-cv-11592 | MCNEIL, Brenda vs. Boston Scientific Corporation |
| 16-cv-07110 | MEDINA, Johanna vs. Boston Scientific Corporation |
| 16-cv-09812 | MEEDER, Annise vs. Boston Scientific Corporation |
| 16-cv-11667 | MEINCKE, Arlis vs. Boston Scientific Corporation |
| 17-cv-02616 | MELTON, Brenda vs. Boston Scientific Corporation |

| 16-cv-08421 | MEYER, Wendy K. vs. Boston Scientific Corporation |
|---|---|
| 16-cv-10125 | MICELI, Tammy vs. Boston Scientific Corporation |
| 16-cv-10048 | MILLARD, Madeline vs. Boston Scientific Corporation |
| 16-cv-08422 | MILLER, Judith vs. Boston Scientific Corporation |
| 17-cv-02338 | MILLER, Tricia L. vs. Boston Scientific Corporation |
| 16-cv-12197 | MILLS, Patricia Ann vs. Boston Scientific Corporation |
| 16-cv-08424 | MILLSAP, Angel vs. Boston Scientific Corporation |
| 16-cv-12523 | MILLS-D'ANGELO, Kathleen vs. Boston Scientific Corporation |

| | |
|---|---|
| 16-cv-07112 | MINORIK, Kathleen vs. Boston Scientific Corporation |
| 17-cv-00508 | MITCHELL, Edna vs. Boston Scientific Corporation |
| 16-cv-09825 | MITCHELL, Katherine vs. Boston Scientific Corporation |
| 16-cv-10543 | MIZERANY, Frances Nadine vs. Boston Scientific Corporation |
| 17-cv-00289 | MOFFIT, Carla Michelle vs. Boston Scientific Corporation |
| 16-cv-08370 | MOLANDS, Angel R. vs. Boston Scientific Corporation |
| 16-cv-11238 | MONGE, Kathy vs. Boston Scientific Corporation |
| 16-cv-08493 | MOORE, Alicia K. vs. Boston Scientific Corporation |

| | |
|---|---|
| 16-cv-11665 | MOORE, Irma J. vs. Boston Scientific Corporation |
| 16-cv-11601 | MOORE, Starla vs. Boston Scientific |
| 16-cv-09620 | MORELLI, Deborah vs. Boston Scientific Corporation |
| 16-cv-08529 | MOUSTAFA, Berlinda vs. Boston Scientific Corporation |
| 16-cv-10520 | MUNOZ, Hildelisa vs. Boston Scientific Corporation |
| 16-cv-10126 | MURRAY, Donna L. vs. Boston Scientific Corporation |
| 16-cv-10853 | NANCE, Joyce vs. Boston Scientific Corporation |
| 16-cv-10471 | NARCISSE, Marie vs. Boston Scientific Corporation |

| 17-cv-03094 | NEGRIN, Nancy vs. Boston Scientific Corporation |
|---|---|
| 16-cv-10518 | NELSON, Julia vs. Boston Scientific Corporation |
| 17-cv-02799 | NELSON, Linda vs. Boston Scientific Corporation |
| 16-cv-06869 | NELSON, Utana vs. Boston Scientific Corporation |
| 16-cv-10478 | NEWCOMB, Maranda vs. Boston Scientific Corporation |
| 16-cv-10757 | NEWLAND, Christena vs. Boston Scientific Corporation |
| 16-cv-12209 | NICHOLSON, Myra vs. Boston Scientific Corporation |
| 17-cv-02800 | NIELSEN, Dorinda vs. Boston Scientific Corporation |

| | |
|---|---|
| 16-cv-12598 | NIELSON, Leslie vs. Boston Scientific Corporation |
| 16-cv-09895 | NOLAN, Dorothy vs. Boston Scientific Corporation |
| 16-cv-10128 | NORRIS, Victoria vs. Boston Scientific Corporation |
| 16-cv-10002 | NUNNALLY, Dianne vs. Boston Scientific Corporation |
| 17-cv-02341 | OBRIGEWITCH, Shelley vs. Boston Scientific Corporation |
| 16-cv-10011 | O'DELL, Vicktoria vs. Boston Scientific Corporation |
| 16-cv-09662 | OKONKWO, Corasue vs. Boston Scientific Corporation |
| 13-cv-30841 | OLIVO, Sonia vs. Boston Scientific Corporation |

| 16-cv-10129 | OLSON, Celene vs. Boston Scientific Corporation |
|---|---|
| 16-cv-10836 | OLSON-HENNINGS, Tamitha vs. Boston Scientific Corporation |
| 16-cv-12717 | OPLINGER, Mitzi vs. Boston Scientific Corporation |
| 17-cv-00379 | ORANTES, Donna Marie vs. Boston Scientific Corporation |
| 16-cv-10295 | ORMAN, Sherry vs. Boston Scientific Corporation |
| 17-cv-00594 | ORTIZ, Carmen vs. Boston Scientific Corporation |
| 16-cv-07115 | ORTON, Elizabeth vs. Boston Scientific Corporation |
| 16-cv-12769 | OSHEL, Anna M. vs. Boston Scientific Corporation |

| | |
|---|---|
| 17-cv-02801 | OWENS, Muriel vs. Boston Scientific Corporation |
| 16-cv-09663 | PADILLA, Carmen vs. Boston Scientific Corporation |
| 16-cv-10313 | PALAGE, Sandi vs. Boston Scientific Corporation |
| 16-cv-10756 | PALIK, Bessie vs. Boston Scientific Corporation |
| 16-cv-12521 | PALMER, Patricia Diane vs. Boston Scientific Corporation |
| 16-cv-10242 | PAREDES, Katherine vs. Boston Scienitfc Corporation |
| 16-cv-10416 | PARKER, Lynn vs. Boston Scientific Corporation |
| 16-cv-12726 | PARKER, Ramona vs. Boston Scientific Corporation |

| 16-cv-12544 | PATTERSON, Billie vs. Boston Scientific Corporation |
|---|---|
| 16-cv-10246 | PATTERSON, Elizabeth vs. Boston Scientific Corporation |
| 17-cv-02802 | PEARSON, Irma vs. Boston Scientific Corporation |
| 16-cv-09867 | PELLEGRIN, Darlene vs. Boston Scientific Corporation |
| 16-cv-10130 | PEQUIGNOT, Deborah vs. Boston Scientific Corporation |
| 16-cv-07013 | PEREZ, Genece M. vs. Boston Scientific Corporation |
| 16-cv-09816 | PEREZ, Sandra vs. Boston Scientific Corporation |
| 16-cv-11827 | PETERSON, Gwendolyn M. vs. Boston Scientific Corporation |

| | |
|---|---|
| 16-cv-07116 | PETTY, Michelle Renee vs. Boston Scientific Corporation |
| 16-cv-10717 | PEZZATI, Corinne vs. Boston Scientific Corporation |
| 16-cv-10544 | PFALZ, Gloria vs. Boston Scientific Corporation |
| 17-cv-00028 | PFEIFFER, Betty L. vs. Boston Scientific Corporation |
| 17-cv-02899 | PHARES, Katherine vs. Boston Scientific Corporation |
| 16-cv-10481 | PHILLIPS, Lori vs. Boston Scientific Corporation |
| 16-cv-11991 | PICKENS, Kathy S. vs. Boston Scientific Corporation |
| 17-cv-00381 | PIKE, Dori M. vs. Boston Scientific Corporation |

| | |
|---|---|
| 17-cv-02901 | PIKE, Patricia vs. Boston Scientific Corporation |
| 16-cv-06993 | POOL, Arlene vs. Boston Scientific Corporation |
| 16-cv-10573 | POPE, Mary vs. Boston Scientific Corporation |
| 16-cv-09817 | POPE, Nancy June vs. Boston Scientific Corporation |
| 16-cv-10613 | PORTER, Sara vs. Boston Scientific Corporation |
| 16-cv-07117 | POWELL, Victoria vs. Boston Scientific Corporation |
| 16-cv-10473 | PRESCOTT, Dezerine vs. Boston Scientific Corporation |
| 16-cv-12146 | PRESTON, Gail Marie vs. Boston Scientific Corporation |

| 16-cv-11765 | PRICE, Chrisitne J. vs. Boston Scientific Corporation |
| 17-cv-03035 | PRICE, Jalee vs. Boston Scientific Corporation |
| 17-cv-00382 | PRITCHARD, Marie vs. Boston Scientific Corporation |
| 16-cv-10596 | PROVVIDENZA, Betty vs. Boston Scientific Corporation |
| 16-cv-10305 | PUTMAN, Tammy vs. Boston Scientific Corporation |
| 16-cv-10926 | QUIGLEY, Trudy vs. Boston Scientific Corporation |
| 16-cv-07118 | RACKHAM, Sharon vs. Boston Scientific Corporation |
| 17-cv-02374 | RAJ, Eileen vs. Boston Scientific Corporation |

| 16-cv-12187 | RAND, Norma M. vs. Boston Scientific Corporation |
|---|---|
| 16-cv-10298 | RANSOM, Christine vs. Boston Scientific Corporation |
| 16-cv-11215 | RAO, Kimberly vs. Boston Scientific Corporation |
| 16-cv-10670 | RAULSTON, Cheryl vs. Boston Scientific Corporation |
| 16-cv-12640 | RAYBURN, Ronda vs. Boston Scientific Corporation |
| 16-cv-09787 | RAYFIFIELD, Evelyn L. vs. Boston Scientific Corporation |
| 16-cv-10524 | RAYMO, Viola F. vs. Boston Scientific Corporation |
| 16-cv-06994 | RAYMOND, Marjorie Ellen vs. Boston Scientific Corporation |

| 16-cv-06977 | REECE, Joanna vs. Boston Scientific Corporation |
|---|---|
| 16-cv-10308 | REECE, Vicki vs. Boston Scientific Corporation |
| 16-cv-10435 | REED, Anita V. vs. Boston Scientific Corporation |
| 16-cv-09995 | REED, Miriam Louise vs. Boston Scientific Corporation |
| 16-cv-10930 | REESE, Janice M. vs. Boston Scientific Corporation |
| 16-cv-09750 | REGAN, Carol E. vs. Boston Scientific Corporation |
| 16-cv-09897 | REHIEM, Jamalliah R. vs. Boston Scientific Corporation |
| 16-cv-11769 | REICHENBERGER, Aubre vs. Boston Scientific Corporation |

| | |
|---|---|
| 16-cv-09869 | REMBERT, Kathy vs. Boston Scientific Corporation |
| 16-cv-07172 | REYES, Liliana vs. Boston Scientific Corporation |
| 16-cv-10720 | REYNOLDS, Sheila vs. Boston Scientific Corporation |
| 17-cv-02810 | RIBADENEIRA, Mary vs. Boston Scientific Corporation |
| 16-cv-10577 | RIBERAL, Arlene vs. Boston Scientific Corporation |
| 17-cv-00387 | RICE, Julie vs. Boston Scientific Corporation |
| 16-cv-09852 | RICHARD, Monique vs. Boston Scientific Corporation |
| 17-cv-00068 | RICHEY, Suzanne vs. Boston Scientific Corporation |

| 16-cv-12443 | RICKETTS, Beverly M. vs. Boston Scientific Corporation |
|---|---|
| 16-cv-12248 | RIVERA-LAPORTE, Carmen vs. Boston Scientific Corporation |
| 16-cv-06954 | ROACH, Lisa vs. Boston Scientific Corporation |
| 16-cv-06872 | ROBARDS, Treva Gayle vs. Boston Scientific Corporation |
| 16-cv-12634 | ROBBINS, Michelle vs. Boston Scientific Corporation |
| 17-cv-00531 | ROBEL, Carol A. vs. Boston Scientific Corporation |
| 16-cv-06958 | ROBINSON, Alexandria vs. Boston Scientific Corporation |
| 17-cv-00447 | ROBINSON, Janice vs. Boston Scientific Corporation |

| 16-cv-10131 | RODIGHIERO, Linda vs. Boston Scientific Corporation |
|---|---|
| 16-cv-12219 | RODRIGUEZ, Isela vs. Boston Scientific Corporation |
| 16-cv-12446 | ROGERS, Rose Marie vs. Boston Scientific Corporation |
| 16-cv-08903 | ROSS, Margaret A. vs. Boston Scientific Corporation |
| 17-cv-02825 | ROWELL, Bonnie vs. Boston Scientific Corporation |
| 16-cv-10255 | ROYSE, Angela vs. Boston Scientific Corporation |
| 16-cv-06877 | RUIZ, Kimberly vs. Boston Scientific Corporation |
| 14-cv-21030 | RUMPHOL, Pamela vs. Boston Scientific Corporation |

| 16-cv-06879 | RUPRIGHT, Judith Ann vs. Boston Scientific Corporation |
|---|---|
| 16-cv-06979 | RUSSELL, Constance vs. Boston Scientific Corporation |
| 16-cv-07119 | RUSSELL, Janis M. vs. Boston Scientific Corporation |
| 16-cv-10307 | RUTHERFORD, Lashawn vs. Boston Scientific Corporation |
| 17-cv-00510 | RYAN, Lea vs. Boston Scientific Corporation |
| 16-cv-07959 | RYAN, Mary Lou vs. Boston Scientific Corporation |
| 17-cv-02378 | SALYER, Mary E. vs. Boston Scientific Corporation |
| 16-cv-12771 | SAMMONS, Linda K. vs. Boston Scientific Corporation |

| 16-cv-12540 | SAMPAULESI, Sharon vs. Boston Scientific Corporation |
|---|---|
| 16-cv-06912 | SAMPLES, Dawn vs. Boston Scientific Corporation |
| 16-cv-06916 | SANDERS, Louise B. vs. Boston Scientific Corporation |
| 16-cv-10548 | SANDERS, Rita B. vs. Boston Scientific Corporation |
| 16-cv-06922 | SARGON, Lucy vs. Boston Scientific Corporation |
| 16-cv-07960 | SATTELMYER, Lori A. vs. Boston Scientific Corporation |
| 17-cv-00495 | SCANLON, Margaret vs. Boston Scientific Corporation |
| 17-cv-02536 | SCHEIDELER, Catherine vs. Boston Scientific Corporation |

| 16-cv-09826 | SCHELL, Kim vs. Boston Scientific Corporation |
| 16-cv-07016 | SCHIADA, Joan vs. Boston Scientific Corporation |
| 16-cv-10574 | SCHIEBENES, Grace vs. Boston Scientific Corporation |
| 16-cv-06972 | SCHMUNK, Susan vs. Boston Scientific Corporation |
| 16-cv-09854 | SCHNEBLE, Helen E. vs. Boston Scientific Corporation |
| 17-cv-03040 | SCHUETT, DeeAnn vs. Boston Scientific Corporation |
| 16-cv-07963 | SEALS, Mary vs. Boston Scientific Corporation |
| 17-cv-02539 | SELF, Carolyn vs. Boston Scientific Corporation |

| 16-cv-10569 | SELF, Elizabeth vs. Boston Scientific Corporation |
|---|---|
| 16-cv-07964 | SESSIONS, Cheryl L. vs. Boston Scientific Corporation |
| 16-cv-07967 | SEWELL, Mildred D. vs. Boston Scientific Corporation |
| 16-cv-07968 | SHAMLY, Lucille vs. Boston Scientific Corporation |
| 16-cv-10247 | SHAVER, Kathy L. vs. Boston Scientific Corporation |
| 16-cv-08003 | SHAW, Margie vs. Boston Scientific Corporation |
| 16-cv-10708 | SHEEHY, Eugenia vs. Boston Scientific Corporation |
| 16-cv-11531 | SHELTON, Valerie vs. Boston Scientific Corporation |

| 16-cv-09763 | SHERMAN, Shannon vs. Boston Scientific Corporation |
|---|---|
| 16-cv-08247 | SHOEMAKER, Kimberly vs. Boston Scientific Corporation |
| 16-cv-10532 | SIBLEY, Marydawn vs. Boston Scientific Corporation |
| 16-cv-08249 | SIERRA, Gail vs. Boston Scientific Corporation |
| 16-cv-09738 | SIMMON, Mary vs. Boston Scientific Corporation |
| 16-cv-10425 | SISKA, Ursula vs. Boston Scientific Corporation |
| 17-cv-00589 | SIZEMORE, Priscilla vs. Boston Scientific Corporation |
| 17-cv-02778 | SKINNER, Marcia Kaye vs. Boston Scientific Corporation |

| 16-cv-10257 | SLAGLE, Traci Leigh vs. Boston Scientific Corporation |
|---|---|
| 16-cv-09884 | SLIGER, Ruth vs. Boston Scientific Corporation |